Robin v NYC Excellent Improvements Inc. (2025 NY Slip Op
50819(U))

[*1]

Robin v NYC Excellent Improvements Inc.

2025 NY Slip Op 50819(U) [86 Misc 3d 126(A)]

Decided on May 27, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 27, 2025

SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570236/25

Emily S. Robin, Plaintiff-Appellant,

against

NYC Excellent Improvements Inc.,
Defendant-Respondent.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the
City of New York, New York County (Anna R. Lewis, J.), entered May 1, 2024, after
trial, in favor of defendant dismissing the action.

Per Curiam.

Judgment (Anna R. Lewis, J.), entered May 1, 2024, affirmed, without costs.

The record establishes that the trial court applied the appropriate rules and principles
of substantive law and accomplished substantial justice (see CCA 1804, 1807) in
dismissing this small claims action arising from allegedly defective renovation performed
by defendant. A fair interpretation of the evidence supports the trial court's finding that
plaintiff failed to prove that the work performed by defendant was defective and any
competent evidence of damages.

All concur.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: May 27, 2025